**Wayne Rush MEADOWS,
Plaintiff—Appellant,**

v.

**E.G. FELDMAN, Sheriff; Danny T. Call, Investigator; Timothy K. Sanners, Commonwealth Attorney, Orange County, Defendants—Appellees.**

No. 03–7972.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Wayne Rush Meadows, Appellant pro se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Wayne Rush Meadows seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Meadows v. Feldman*, No. CA–03–101 (W.D.Va. Dec. 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*